# United States District Court
## Violation Notice

**CVB Location Code:** OR17

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBMH003N | Bugosh | 2416 |

FBMH003N

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 10/18/2023 14:31
**Offense Charged:** FED 36 CFR 261.54D

**Place of Offense:** HIGHWAY 199; TOP OF HAYE'S HIL

**Offense Description: Factual Basis for Charge:** DRIVING WHILE LICENSE SUSPENDED-VIOLATION

HAZMAT ☐

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| LEE | JENNIFER | E |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| | ☐ | | |

Adult ☐   Juvenile ☐   Sex ☐ M ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE

VIN:     CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| WHA865 | OR | 1998 | FORD/Ranger | ☐ | GRN |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

$ 150.00   Forfeiture Amount
$ 30.00    Processing Fee

**PAY THIS AMOUNT**   $ 180.00   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:

Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

FBMH003N

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on     10/18/2023     while exercising my duties as a law enforcement officer in the                         District of          OR        

Pursuant to 16USC 551:
On October 18, 2023 at approximately 1430 hours I was on duty and in uniform driving a marked patrol vehicle upon State Highway 199 within the boundaries of the Rogue River-Siskiyou National Forest within the county of Josephine. I am a sworn special deputy in the county of Josephine.

I observed a green Ford pickup truck with Oregon license WHA865 driving upon the roadway in a northerly direction. I observed that the vehicle's registration sticker was expired as of 2021. I further confirmed this observation by querying the license plate number through my county issued mobile data tablet.

I activated my emergency lights and conducted a traffic stop on the vehicle at the top of Haye's Hill near Briggs Valley Road. I approached and identified myself as a law enforcement officer and informed the driver of the reason for my stop. The driver identified herself by Oregon State ID Card as JENNIFER LEE. LEE stated she had never tried to update the registration since they received the vehicle from her husband's deceased brother.

I asked LEE to produce proof of insurance and inquired whether she had a valid driver's license. LEE stated she did not have a valid license nor did she possess current insurance on the vehilce. A query through dispatch informed me that LEE was suspended at the violation level.

I issued LEE a violation notice for 36CFR261.54(d) Driving While License Suspended-Violation. I issued LEE an additional violation notice for driving without insurance. I issued LEE a verbal warning for failure to renew registration and driving with an obstructed windshield.

The foregoing statement is based upon:

    MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:     10/18/2023              *[signature]*
             Date (mm/dd/yyyy)        Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:     _____
             Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;    PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident